```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                      FORT MYERS DIVISION
```

KATHALINA MONACELLI,

                Plaintiff,

vs.                               Case No.   2:08-cv-397-FtM-99SPC

STATE OF FLORIDA,

                Defendant.
_____

## **OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #12), filed June 24, 2008, recommending that plaintiff's Affidavit of Indigency (Doc. #3), construed as a motion to proceed *in forma pauperis*, be denied and that the case be dismissed without prejudice.  On July 1, 2008, plaintiff filed Objections to Report and Recommendations (Doc. #14).

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b)(1)(C).  This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party."  Jeffrey S. v. State

Bd. of Educ., 896 F.2d 507, 512 (11th Cir. 1990)(quoting H.R. 1609, 94th Cong. § 2 (1976)).  Even in the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

The Court has carefully considered the objections raised by plaintiff, and overrules the objections because a federal court does not have jurisdiction over the Petition for Certiorari (Doc. #2) filed before the Florida Second District Court of Appeals and denied as untimely.  After conducting an independent examination of the file, and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED**:

1.  The Report and Recommendation (Doc. #12) is hereby **accepted** and **adopted**.

2. Plaintiff's Affidavit of Indigency (Doc. #3), construed as a motion to proceed *in forma pauperis*, is **DENIED** and the case is **dismissed** without prejudice.

3. The Clerk shall enter judgment dismissing the case without prejudice, terminate all motions and deadlines as moot, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __5th__ day of September, 2008.

_____
JOHN E. STEELE
United States District Judge

Copies:
Hon. Sheri Polster Chappell
United States Magistrate Judge

Counsel of Record
Unrepresented parties